UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.C. and D.C., individually, and on behalf of F.C., a minor,<br><br>Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEP'T OF EDUCATION,<br><br>Defendant. | 26-CV-4386 (VSB) (GWG)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

Plaintiffs filed their complaint in this matter on May 26, 2026. (Doc. 1.) "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiffs are hereby directed to effectuate service by October 6, 2026 or this case will be dismissed for failure to prosecute absent a showing of good cause as to why service has not yet been effectuated.

SO ORDERED.
Dated: September 3, 2026
New York, New York

Vernon S. Broderick
United States District Judge